**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 441 MAL 2022
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
KEYON TYRELL FREELAND, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.